# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# kanahei

**Reg. No. 5,205,597**
**Registered May 16, 2017**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Akamatsu Takayoshi (JAPAN INDIVIDUAL)
4F Daichi Bldg.
1-4-43, Miyanishi
Matsuyama-shi, Ehime JAPAN 790-0065

CLASS 9: Downloadable image files, namely, downloadable images of human beings, animals, supernatural, fabulous, fantastic or unidentifiable beings, and plants, for further for use on stickers, or as emoticons, icons, and avatars for use in connection with computers, smart phones, and mobile phones

FIRST USE 5-31-2016; IN COMMERCE 10-17-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "KANAHEI", whose consent(s) to register is made of record.

SER. NO. 86-775,294, FILED 10-01-2015
DAVID T TAYLOR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT 2

# United States of America

### United States Patent and Trademark Office



Reg. No. 5,125,409
Registered Jan. 17, 2017
Int. Cl.: 9
Trademark
Principal Register

Akamatsu Takayoshi (JAPAN INDIVIDUAL)
4F Daichi Bldg.
1-4-43, Miyanishi,
Matsuyama-shi, Ehime, JAPAN 790-0065

CLASS 9: Downloadable image files, namely, downloadable images of human beings, animals, supernatural, fabulous, fantastic or unidentifiable beings, and plants, for further for use on stickers, or as emoticons, icons, and avatars for use in connection with computers, smart phones, and mobile phones

FIRST USE 5-31-2016; IN COMMERCE 10-17-2016

The color(s) yellow, pink, brown and white is/are claimed as a feature of the mark.

The mark consists of wording "Piske&Usagi" in a yellow stylized font. Under the stylized wording is the image of pink rabbit with patches of white outlined in brown, and the image of a white bird with pink cheeks and a yellow beak outlined in brown.

SER. NO. 86-775,384, FILED 10-01-2015
DAVID T TAYLOR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-031-727**

Effective Date of Registration:
March 02, 2017

---

## Title
    Title of Work: Piske & Usagi

## Completion/Publication
    Year of Completion: 2015
    Date of 1st Publication: March 13, 2015
    Nation of 1st Publication: Japan

## Author
-     Pseudonym: kanahei
    Author Created: 2-D artwork
    Citizen of: Japan
    Year Born: 1985
    Pseudonymous: Yes

## Copyright Claimant
    Copyright Claimant: kanahei
    4F Daichi Bldg., 1-4-43, Miyanishi,, Matsuyama-shi, Ehime,, 790-0065, Japan

## Certification
    Name: Jeffrey H. Greger
    Date: March 02, 2017
    Applicant's Tracking Number: 4749-C121

---

    Correspondence: Yes